# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | | |
|---|---|---|
| ANNA M. HARRIS, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NUMBER: |
| | ) | |
| v | ) | 3:20-CV-00175-TCB-RGV |
| | ) | |
| TANNER MEDICAL CENTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Anna M. Harris, M.D., pursuant to the parties' resolution of this matter, and with the consent of Defendant Tanner Medical Center, Inc. hereby dismisses all claims against Defendant Tanner Medical Center, Inc. with prejudice.

Respectfully submitted.
GARY BUNCH, P.C.

By: _____
Gary Bunch
Georgia Bar Number 094612

208 Corporate Drive
Carrollton, Georgia 30117
(770) 836-0405

Attorney for Plaintiff
Anna M. Harris, M.D.

CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP

By: /s/ Timothy R. Newton
Timothy R. Newton
Georgia Bar Number 542200

230 Peachtree St, NW, Ste 2400
Atlanta, GA 30303
(404) 525-8622

TISINGER VANCE, P.C.

By: /s/ Richard G. Tisinger, Jr.
Richard G. Tisinger, Jr.
Georgia Bar Number 713110

100 Wagon Yard Plaza
Carrollton, GA 30117
(770) 834-4467

Attorneys for Defendant
Tanner Medical Center, Inc.

August 24, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served upon the other party a copy of **JOINT STIPULATION OF DISMISSAL** by causing a true and correct copy thereof to be emailed and placed in the United States mail in a properly addressed envelope with sufficient postage to ensure delivery to Defendant's counsel:

Timothy R. Newton
Constangy, Brooks, Smith & Prophete, LLP
230 Peachtree Street, NW
Suite 2400
Atlanta, GA 30303

Richard Tisinger, Jr.
Tisinger Vance, P.C.
100 Wagon Yard Plaza
Carrollton, GA 30117

This 24th day of August, 2021.

_____
Gary Bunch